**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DISTRICT**

JAMES LEWIS a/k/a OLAYAMI DABLS,

Plaintiff,

v.

CITY OF DETROIT;

MARY SHEFFIELD, in her official capacity as Mayor, City Of Detroit;

DETROIT CITY COUNCIL;

DETROIT BUILDING AUTHORITY;

BUILDING, SAFETY ENGINEERING, AND ENVIRONMENTAL DEPARTMENT ("BSEED");

DAVID BELL, in his official capacity as Director, BSEED;

RAYMOND SCOTT, in his official capacity as Deputy Director, BSEED;

THE CITY OF DETROIT PLANNING AND DEVELOPMENT DEPARTMENT;

THE DETROIT ARTS, CULTURE, AND ENTREPRENEURSHIP OFFICE ("ACE");

ROCHELLE RILEY, in her official capacity as Director, Detroit ACE; and,

JOILYNN HUNT, in her official capacity as Manager of Administrative Hearings, City Of Detroit,

Defendants.

Case No.
Hon.

**<u>JURY TRIAL DEMANDED</u>**

1

UNIVERSITY OF MICHIGAN
VETERANS LEGAL CLINIC
Matthew N. Andres (P69130)
Cole Smith (Student Attorney)
John Urban IV (Student Attorney)
Attorneys for Plaintiff
701 S. State Street
Ann Arbor, MI 48109
734-763-2798
law-vetsclinic@umich.edu

GERBER LAW PLLC
Andrew Gerber (4241568)
Attorneys for Plaintiff
27 Union Square West, Suite 301
New York, New York 10003
(212) 658-1810
andrew@gerberlaw.com

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff JAMES LEWIS, a/k/a Olayami Dabls ("Dabls"), seeks declaratory, injunctive, and equitable relief, monetary damages, and attorney's fees against: CITY OF DETROIT; MARY SHEFFIELD, in her official capacity as Mayor of Detroit; DETROIT CITY COUNCIL; DETROIT BUILDING AUTHORITY; BUILDING, SAFETY ENGINEERING, AND ENVIRONMENTAL DEPARTMENT ("BSEED"); RAYMOND SCOTT, in his official capacity as Deputy Director of BSEED; THE CITY OF DETROIT PLANNING AND DEVELOPMENT DEPARTMENT; THE DETROIT ARTS, CULTURE AND ENTREPRENEURSHIP OFFICE; ROCHELLE RILEY, in her official capacity as Director of Detroit ACE; and JOILYNN HUNT, in her official capacity as Manager of Administrative Hearings, City of Detroit (collectively, "Defendants"). The Defendants destroyed 33 pieces of Dabls's famous public artwork without his

2

consent in violation of the Visual Artists Rights Act, 17 U.S.C. § 106A *et seq.* ("VARA"). Dabls alleges as follows:

## PRELIMINARY STATEMENT

For 15 years, Dabls's murals adorned the walls on one of the buildings of the MBAD African Bead Museum (the "Museum") at the prominent corner of Vinewood Street and Grand River Avenue. Over the years, the beautiful and complex murals served as a point of pride for Detroit, showing up in tourist advertisements for the City and being used as a point of study for local arts institutions. The murals were a part of Dabls's attempt to create an "Africa Town" in Detroit. He successfully created a space where he could share African art, and the local neighborhood had an overwhelmingly positive opinion of the Museum and the art all along its walls.

Despite all this, the City of Detroit suddenly demolished the corner building of the Museum with only one week's notice, and the City and its officials did not give Dabls the chance to save his unique artworks. Instead, in flagrant disregard of a temporary restraining order ("TRO") granted by Judge Susan Hubbard of the Third Judicial Circuit of Michigan, the City willfully and wantonly destroyed these renowned fixtures of the Detroit art scene. Dabls now seeks compensation for his considerable loss and for the City's flagrant violation of the law.

## PARTIES, JURISDICTION, AND VENUE

1. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

2. Dabls seeks declaratory, injunctive, and equitable relief; monetary damages; and attorney's fees to address Defendants' unlawful destruction of Dabls's 33 separate works of art in violation of the Visual Artists Rights Act, 17 U.S.C. § 106A *et seq*. ("VARA").

3. Dabls is an African American, independent, professional artist residing in Detroit, Michigan, who has been a paragon of the community focused on expanding access to African art for more than 50 years. Dabls is the "author of a work of visual art" within the meaning of 17 U.S.C § 106A.

4. Defendant City of Detroit ("the City") is a Michigan municipal corporation duly organized and carrying on governmental functions within the City's boundaries, which lie within Wayne County and the State of Michigan. The City is the body responsible for the control and oversight of its departments and agencies. Further, at all relevant times, the City employed the individual defendants named in this lawsuit and is liable for those individual defendants' acts.

5. Defendant Mary Sheffield ("Mayor Sheffield") was sworn in as the Mayor of Detroit on January 1, 2026. Mayor Sheffield is the Chief Executive Officer of the City and oversees all of the City's departments. When the Museum's corner building was demolished, the Mayor of Detroit was Michael E. Duggan. At that time, Mayor Mary Sheffield was the Detroit City Council President and Chair. She was elected to the position of City Council President in 2013.

6. Defendant Detroit City Council is the legislative body of the City of Detroit. The Detroit City Council has oversight on public health and safety as well as planning and economic development. At the times relevant in this matter, Mary Sheffield was president and chair of the Detroit City Council, which ended with her election as Mayor in late 2025.

7. Defendant Building, Safety Engineering, and Environmental Department ("BSEED") is the department of the City that oversees matters relating to safety, health, and welfare of the general public as it pertains to buildings and the environment. At all times relevant, the City, through BSEED, employed defendants David Bell and Raymond Scott.

4

8. Defendant David Bell ("Mr. Bell") has served as Director of BSEED since October 2015. Mr. Bell is registered with the State of Michigan as a Plan Reviewer, Building Inspector, and Building Official. At all times relevant, he served as Director of BSEED, overseeing the department's operations and its employees.

9. Defendant Raymond Scott ("Mr. Scott") is Deputy Director of BSEED. Mr. Scott has worked for the City since July 2013. At all relevant times, he has been an employee of BSEED directly reporting to Mr. Bell.

10. Defendant City of Detroit Planning and Development Department ("Planning and Development Department") is the department of the City that oversees long-term planning and development for the City.

11. Defendant Detroit Arts, Culture and Entrepreneurship Office ("ACE") is the City's department that invests in fine and performing arts, culture, and history in support of the City's creative workforce.

12. Defendant Rochelle Riley ("Ms. Riley") has served as Director of ACE since May 2019. At all relevant times she oversaw ACE's operations and employees. At all relevant times, the City, through ACE, employed Ms. Riley.

13. Until July 2024, Defendant Joilynn Hunt ("Ms. Hunt") was a Hearing Officer in the City's Department of Appeals and Hearings. Ms. Hunt is now Manager of Administrative Hearings at the Detroit Department of Appeals and Hearings. Ms. Hunt is an attorney licensed to practice in the State of Michigan, and in her official capacity has the power to issue orders for the City of Detroit.

14. This Court has *in personam* jurisdiction over Defendants because they are each based in this District, are municipal entities in this district and/or officers of such municipalities, regularly conduct business in this District, and reasonably expect their conduct to have consequences in this

district. All events at issue took place in this District. Accordingly, personal jurisdiction lies in this Court. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 in that this civil rights action arises under federal law, *see* 29 U.S.C. § 621 *et seq*.

15. Further, venue lies in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events that give rise to the claim occurred in this district.

## FACTUAL BACKGROUND

### The Detroit Artist Olayami Dabls

16. This is an action for unlawful destruction of protected works of art in violation of VARA, brought by an independent visual artist, Dabls, against the City of Detroit.

17. A Detroit resident since 1963, Dabls is well-known for his murals, which tell stories about cultural heritage and strengthen the community of Detroit. He expanded access to African art in the metro-Detroit area by opening the MBAD African Bead Museum in 1996. Dabls's murals have attracted visitors from around the globe, and he has been recognized by a number of organizations and the City for his work.

18. Dabls is a dedicated student of African art, focusing on the mediums of iron, rocks, wood, and mirrors. He began his studies in the mid-1970s. His art is a display of culture and understanding as well as a commentary on assimilation. Dabls uses his chosen themes to create a bridge between Detroit and Africa and to bring people together.

19. In January 2022, the Kresge Foundation named Dabls an "Eminent Artist" and awarded him a $50,000 fellowship. The Kresge Foundation is a private, national foundation that works to expand equity and opportunity in America's cities through grantmaking and social investing in arts, culture, and education. Dabls used that funding from Kresge and a matching $50,000 grant

from the Knight Foundation to repair the Museum's roof and make updates to the property generally.

20. In September 2024, Dabls delivered a keynote speech at the Community Development Advocates of Detroit ("CDAD"). CDAD is an organization focused on empowering local initiatives to shape policy and resource allocation throughout Detroit. In Dabls's keynote speech, he focused on how he was able to acquire and transform an entire city block in Detroit without government funding and gain international recognition for his work. He was asked by CDAD to deliver this talk to demonstrate how an individual can take a creative approach to community building and cultural development.

21. Dabls's artwork was featured at the prestigious 2025 Paris Art Basel Week in October 2025. Dabls's work was exhibited at the Hotel de Talleyrand as part of the Detroit Salon presentation. Detroit Salon was included in the Art Basel Week to highlight Detroit artists to an international audience.  His work is also featured on Art Basel's website.[1] Being featured in the Paris Art Basel Week exemplifies Dabls's artistic influence and excellence and shows global recognition of his contributions to contemporary art.

22. Luciano Benetton, Italian billionaire and curator of one of the largest contemporary art collections on the planet, sought out Dabls's works to include in his "Imago Mundi Collection." The Imago Mundi Collection is an encyclopedic catalog of global contemporary artistic production.

23. Dabls collaborates with several universities and colleges in Michigan, such as the University of Michigan, Michigan State University, and the College for Creative Studies. In 2022,

---

[1] *A City of Makers and Movements,* Art Basel (Oct. 28, 2025), https://www.artbasel.com/stories/detroit-a-city-of-makers-and-movements.

Dabls collaborated with the University of Michigan's Stamps School of Art and Design to install a greenhouse at the Museum. The greenhouse serves as a source of fresh food for the local community and was designed to fit in with the broader art installations at the Museum. Further, the University of Michigan has selected Dabls to be their Artist in Residence for fall 2026. The Museum also serves as an experiential classroom for the College of Creative Studies. CCS professors hold classes on art and design at the Museum each term.

24. The City has commissioned at least eight murals by Dabls, which are located throughout Detroit. He is the only artist in Detroit with eight or more public murals, and he has been paid at least $15,000 for each. There are two murals in Eastern Market, commissioned by Murals in the City. City Arts commissioned a mural under the overpass at Grand River and Warren. Dabls also has two murals in Oakland Farms and several others throughout Detroit.

25. The Library Street Collective, a prominent art gallery in Detroit, commissioned and paid Dabls a sizeable sum for a mural in the brand-new Hudson Building in downtown Detroit.

26. Mercedes-Benz has used Dabls's mural entitled "Honoring the African women who endured slavery and colonization," which is prominently located in Eastern Market, in Mercedes-Benz advertisements. That mural was commissioned through 1XRUN's Murals in the Market project. Now, 1XRUN, a leading publisher of fine art based in Detroit, is hiring Dabls to restore the mural.

27. Currently, 1XRUN and other organizations are commissioning Dabls to create more murals across Detroit. For instance, 1XRUN will pay Dabls $35,000 for a four-foot-by-eight-foot mural in Umoja Village.

28. Men's fashion magazine GQ recently featured Dabls's work in a print issue alongside Cade Cunningham, which is currently on newsstands. They are showcasing a mural titled "Trade Beads and Snakes" that is located under the bridge at Grand River Avenue and Warren Avenue.

**The MBAD African Bead Museum**

29. Over 30 years ago, Dabls was gifted the buildings located at the corner of Grand River Avenue and Vinewood Street that would become the Museum. In 2010, Dabls began working on the visual art installations on the exterior walls of the Museum. In total there were 33 separate murals painted on the exterior walls of the now-demolished corner building (the "Corner Building") at the Museum, and each mural measured four feet wide by eight feet high (collectively, the "Murals"). Each individual mural took Dabls at least several weeks, and sometimes months, to create.

30. In the years that followed, the Museum and its internationally recognized Murals attracted visitors from around the United States and the world, including Japan, Sudan, Canada, and Germany. The visitors came to see the Murals incorporated into the exterior walls of the Museum.

31. The City of Detroit has partnered with the Museum as part of its "Arts Alleys" project. The City of Detroit allocated federal funding to building an art alley behind the Museum, which has been completed. In making the announcement, the City of Detroit, on its own website, called the Museum "one of the city's most iconic art installations."[2] Ms. Riley was behind the city's push to have the Grand River Art Alley installed at the Museum. Initially, the name of the alley was "Olayami Dabls Grand River Art Alley."

---

[2] *Construction Has Begun on Arts Alleys Across the City,* City of Detroit (July 5, 2024), https://detroitmi.gov/news/construction-has-begun-arts-alleys-across-city.

**The MBAD African Bead Museum Murals**

32. Dabls is the author and copyright owner of each of the 33 individual works that adorned the walls of the Corner Building. These works were each one of a kind and squarely limited editions as defined in 17 U.S.C. § 101.

33. The images below depict the Murals as they existed until July 2024:



34. Dabls, from the time he created the Murals until the City's willful destruction of them, preserved and maintained the Murals.

35. The community used the Museum as a place to gather for events and as a festival location, and the Murals were listed by the City as a must-see location when visiting Detroit.[3]

36. The City, from the time of the creation of the Murals until 2024, considered the Museum an art installation rather than a commercial building and clearly considered the Murals to be works of recognized stature, as the City itself repeatedly publicly recognized the significance of the Murals. For example, Detroit ACE launched their Art Alleys project at the Museum, and Visit Detroit has the Murals prominently displayed on their webpage. However, the City began to target the Corner Building for blight in late 2023.

### The Unlawful Destruction of the Murals

37. In 2017, Dabls initiated a comprehensive development plan for the Museum. He raised $200,000 for Phase 1 initial renovations, and in Phase 2 he aimed to renovate the Corner Building. The Murals at issue were on the exterior walls of the Corner Building.

38. On May 31, 2024, Dabls received two blight tickets from the City of Detroit as well as an Emergency Correction Order. They were both issued by City employee Dane Warner. The fines levied totaled $1,750.00. The City thereafter sent several inspectors to the building in June 2024.

39. On multiple occasions in June 2024, Ms. Riley told Dabls she would help fund the City's demanded rehabilitation of the Museum and preserve the Murals. Ms. Riley also verbally committed $25,000 to help pay for systems to abate the purported danger the structure allegedly posed to the public.

40. On June 26, 2024, Ms. Riley abruptly withdrew her promises of funding for preservation of the Corner Building without notice. She told Dabls he needed to come up with nearly $500,000

---

[3] Lori Bremerkamp, *Bead Museum Is One of Detroit's Hidden Gems,* VisitDetroit.com, https://visitdetroit.com/inside-the-d/bead-museum-is-one-of-detroits-hidden-gems/.

in three days or the City would tag the building to be demolished and place it on the "Dangerous Building" list. She promised to follow up with the City's contractor to determine if the estimated cost to maintain the building could be decreased. However, Ms. Riley never followed up with Dabls.

41. On June 27, 2024, the City issued the first official demolition order (Notice of Emergency Ordered Demolition ["Notice"] – Record Number DNG2023-01717) following Inspector Nabil Jaafar's inspection of the Corner Building.  The Notice stated that Dabls could request an administrative hearing to contest the demolition order. It was signed by Mr. Bell and posted on the door of the Museum. At the time the Notice was placed on the front door, Dabls was still in active talks with architectural firms to preserve the Corner Building and the cherished Murals.

42. The demolition order was met with significant resistance from the community, artists, and supporters who rallied to save the building.

43. Mr. Bell publicly released a statement (rather than directly notifying Dabls) that the Corner Building would need to be immediately condemned and demolished after the Notice was posted.[4] In fact, the first time Dabls knew that Mr. Bell himself wished for the Corner Building to be demolished was when Dabls read a July 10, 2024 article in the Detroit Free Press that quoted Mr. Bell's statement.[5] This was the first time the City had made public comments related to the physical

---

[4] Lee Devito, *Detroit orders emergency demolition of collapsed Dabls MBAD African Bead Museum building,* Detroit Metro Times (June 27, 2024), https://www.metrotimes.com/arts/detroit-orders-emergency-demolition-of-dabls-mbad-african-bead-museum-building-36648064/.

[5] Duante Beddingfield, *Fate of Building on Dabls MBAD Bead Museum Site to be Determined Next Week*, Detroit Free Press (July 10, 2024), https://tinyurl.com/yc7chwtd.

state of the Corner Building even though it was in the same condition in June and July 2024 that it had been in for several years.

44. On July 3, 2024, LaJuan Counts, Executive Director of Demolition for the City of Detroit, approved the demolition contract for emergency demolition of the Corner Building to take place on either July 9 or July 10, 2024.

45. On July 5, 2024, the City officially placed the Corner Building on the "Dangerous Building" list.

46. On July 5, 2024, Dabls submitted a written appeal request to the Department of Hearing and Appeals in order to prevent the demolition of the Corner Building and the destruction of the Murals.

47. On July 8, 2024, while Dabls's appeal was still being processed by the Department of Hearing and Appeals, the City demolition crew began installing a fence around the Corner Building. Dabls was told the demolition would begin the next morning. Dabls immediately reached out to then-Council President Sheffield and Mr. Bell to request that the demolition be stopped and that the Murals be preserved.

48. On July 9, 2024, more than 80 community members came together at the Museum to support Dabls, to protest the City's attempt to destroy the Murals, and to advocate for the preservation of the Murals.

49. On July 10, 2024, Jenna Bresler, a private inspector from Silman Structural Solutions, assessed the Museum's condition and stated it could be stabilized. In the report, the inspector stated that the company was capable of completing the stabilization work and that they had a local contractor ready to start work.

50. On July 10, 2024, Dabls attended the appeals hearing before Ms. Hunt of the City of Detroit Department of Appeals and Hearings. At the hearing, Ms. Hunt told Dabls she would review the case and follow up within five days.

51. On July 15, 2024, Dabls received notification that Ms. Hunt had denied his appeal. Ms. Hunt's order stated that the Corner Building was a dangerous building that should be demolished. Ms. Hunt reasoned that because Dabls could not confirm that he had money to effectuate the rehabilitation of the structure, it must be immediately demolished. Dabls appealed Ms. Hunt's determination to the 36th District Court. Later that same day he received notification that the 36th District Court had denied his appeal. The court's denial set in motion a second effort by the City to demolish the Murals.

52. On July 16, 2024, Dabls submitted a complaint and request for a TRO to the Third Judicial Circuit Court for the County of Wayne ("Circuit Court") as soon as the Circuit Court opened that morning. The Circuit Court case was assigned to Judge Susan Hubbard.

53. That morning, several dozen members of the community again came together at the Museum to support Dabls, protest the City's demolition of the Murals, and advocate for the preservation of the Murals.

54. That same day, despite the fact that Dabls and his counsel were actively seeking a TRO to prevent the unnecessary destruction of the Murals, Ms. Hunt ordered the demolition crews to begin the demolition of the Corner Building and the destruction of the Murals.

55. Dabls gave notice of the pending TRO request to LaJuan Counts, Mr. Bell, and then-Council President Sheffield. Despite this notice, the City, with knowledge of and in complete disregard for the pending proceedings in front of Judge Hubbard, demolished the Corner Building and willfully destroyed the Murals.

14

56. Judge Hubbard granted Dabls the TRO he requested as the demolition crews were arriving at the Museum. Judge Hubbard also scheduled a show cause hearing for July 23, 2024. Despite the issuance of the TRO by the Circuit Court, the City willfully proceeded to destroy the Corner Building and Dabls's renowned Murals. The destruction is shown in the photographs below.



6

---

6 Sarah Rahal, *Demolition begins on Detroit bead museum building*, The Detroit News (July 16, 2024), https://www.detroitnews.com/story/news/local/detroit-city/2024/07/16/demolition-begins-on-detroit-bead-museum-building/7442477007/.



7

57. Defendants did not give Dabls the statutorily required 90-day notice and did not provide him sufficient advanced warning to enable him to remove the Murals or to preserve the Corner Building and the Murals in order to avoid their destruction.

58. Dabls has been significantly damaged by the willful and knowing destruction of his Murals, and he has been forced to file this action in order to protect his rights and livelihood.

**CLAIM FOR RELIEF**
**Visual Artists Rights Act – 17 U.S.C. § 106A, et seq.**
**(All Defendants)**

59. Dabls repeats and realleges each and every allegation set forth above and incorporates them

---

[7] *Id.*

16

herein by this reference.

60. Dabls created and maintained all ownership and copyright interests in the Murals, which were works of art subject to the protections of VARA. Thus, Dabls is the legal owner of all rights, title, and interest in the Murals.

61. Dabls is the legal owner of the property in question and the Corner Building that showcased his Murals.

62. Dabls's Murals were of recognized stature throughout the City and around the world. The City knew Dabls was the artist who created the Murals, and the City proudly promoted this work to increase tourism in the City.

63. The Murals were incorporated in or made part of the Corner Building's exterior walls.

64. Defendants were on notice of the proceedings Dabls initiated to obtain the TRO.

65. Without providing Dabls with a reasonable opportunity to protect and preserve his artwork, Defendants destroyed, mutilated, modified, and defaced each and every one of the 33 works of art installed by Dabls.

66. Defendants never attempted to obtain a waiver of rights prior to ordering the willful destruction of Dabls's Murals. The City never obtained a signed written instrument transferring the rights in the Murals to the City. Defendants did not afford Dabls the required 90 days after receiving notice of ordered demolition to either remove the work or to pay for its removal as required under 17 U.S.C. § 113.

67. Dabls incurred significant financial losses as a result of the wanton destruction of his valuable works of art.

68. The distortion, mutilation, and/or modification of the artworks occurred in a manner prejudicial to Dabls's honor and/or reputation, causing Dabls substantial harm in this regard.

17

69. Defendants' actions were willful, wanton, and malicious.

70. Dabls is entitled to maximum statutory damages and actual damages caused by Defendants' willful destruction.

## PRAYER FOR RELIEF

**WHEREFORE**, Dabls requests judgment against Defendants as follows:

1.  Award statutory damages to Dabls pursuant to VARA of no less than $4,950,000.00;

2.  Award declaratory, injunctive, and equitable relief pursuant to VARA and the common law;

3.  Award reasonable costs and attorneys' fees pursuant to VARA;

4.  Award such other and further legal and equitable relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Dabls demands a trial by jury for all of the issues a jury may properly decide, and for all of the requested relief that a jury may award.

Respectfully Submitted,

Dated: April 10, 2026

/s/ Cole Smith_____
Cole Smith
University of Michigan Veterans Legal Clinic
701 S. State St.
Ann Arbor, MI 48109
(734) 763-2798
law-vetsclinic@umich.edu
Student Attorney for Plaintiff (LR 83.21)


/s/ John Urban_____
John Urban
University of Michigan Veterans Legal Clinic

18

701 S. State St.
Ann Arbor, MI 48109
(734) 763-2798
law-vetsclinic@umich.edu
Student Attorney for Plaintiff (LR 83.21)


/s/ Matthew N. Andres
Matthew N. Andres (MI Bar No. P69130)
University of Michigan Veterans Legal Clinic
701 S. State St.
Ann Arbor, MI 48109
(734) 763-2798
mattandr@umich.edu
Attorney for Plaintiff


/s/ Andrew Gerber
Andrew Gerber (NY Bar No. 4241568)
Gerber Law
27 Union Square West, Suite 301
New York, NY 10003
(212) 658-1810
andrew@gerberlaw.com
Attorney for Plaintiff

19